IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.            : CIVIL NO: C-1-01-147
                   : JUDGE SPIEGEL

**RODNEY G. WATSON,**

      **Defendant.**

## NOTICE OF SUBSTITUTION OF COUNSEL

Comes now plaintiff, United States of America, and hereby notifies the Court and parties herein that Deborah F. Sanders, the undersigned Assistant United States Attorney, shall be substituted for Dale E. Williams, Assistant United States Attorney, as attorney of record for the Plaintiff, United States of America, herein.

It is therefore respectfully requested that copies of all future pleadings and correspondence in this matter be directed to Deborah F. Sanders.

                                             Respectfully submitted,

                                             GREGORY G. LOCKHART
                                             United States Attorney


                                             s/Deborah F. Sanders
                                             DEBORAH F. SANDERS (0043575)
                                             Assistant United States Attorney
                                             303 Marconi Boulevard
                                             Suite 200
                                             Columbus, Ohio 43215
                                             (614) 469-5715

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above and foregoing Plaintiff's Substitution of Counsel was mailed this 6th day of August, 2007, first class, postage prepaid, to Rodney G. Watson , Defendant, 762 E. Mitchell, Cincinnati, OH  45229.

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney