FILED
JAMES BONINI
CLERK

07 OCT 25 PM 1:20

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

USA,

      Plaintiff(s),

      v.

Rodney G Watson,

      Defendant(s)

Case No.  1:01cv0147
(J. Spiegel ; Hogan, M.J.)

## CIVIL  MINUTES
### Show Cause Hearing re: Student Loan
before the
## HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE
**COURTROOM DEPUTY:** Tempann Thomas
**LAW CLERK:** *none present*
**COURT REPORTER: Official Reporter,** Mary Ann Ranz
**DATE:**  October 25, 2007            **TIME:** 10:00 am -

Attorney for Plaintiff(s):_____

Deborah F. Sanders
Craig Black - Paralegal
Betty Vance - Legal Assistant

Attorney for Defendant(s):_____

### WITNESSES

### PROCEDURES

✓ Counsel Present *for USA*
____ Arguments heard on _____
____ Court's decision to follow.
✓ Court ordered in open court that *a warrant for Rodney G. Watson*
*shall issue.*

Remarks: *Deft was not present.*