**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
WESTERN DISTRICT OF KENTUCKY
106 WEST BROADWAY
LOUISVILLE, KENTUCKY 40202
(502) 625-3500
March 14, 2008

**Jeffrey A. Apperson**
Clerk of Court

**Vanessa Armstrong**
Chief Deputy Clerk

Re: Rodney G. Watson
Case No: 3:08MJ-59
Your Case No: 1:01CV0147 SAS

DEAR CLERK:

The above listed defendant was arrested in this district on your warrant. Enclosed is a certified copy of the Transfer Order and any sealed and/or unscanned documents. **The case is electronic and documents may be retrieved at https://ecf.kywd.uscourts.gov using your PACER login.**

If you should have any questions, please contact this office at (502) 625-3548.

Jeffrey A. Apperson, Clerk of Court

By: s/S Smallwood
Deputy Clerk

USDC KYWD - Minute Order (Rev. 10/03)

CERTIFIED
U.S. DISTRICT COURT
LOUISVILLE, KY.
DATE: 3-14-08
BY: /s/ Smallwood
Deputy Clerk

United States District Court
Western District of Kentucky
at Louisville

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                                    CRIMINAL ACTION NUMBER: 3:08MJ-59

RODNEY G. WATSON                                                            DEFENDANT

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable James D. Moyer, United States Magistrate Judge and was called in open Court on March 12, 2008 for an initial appearance on a warrant issued from the Southern District of Ohio as a result of the defendant's failure to appear for a show cause hearing before Magistrate Judge Timothy S. Hogan.

APPEARANCES

| | |
|---|---|
| For the United States: | Michael A. Bennett, Assistant United States Attorney |
| For the defendant: | Defendant, Rodney G. Watson- Present and in custody |
| Court Reporter: | Digitally Recorded Proceedings |

At the initial appearance the defendant acknowledged his identity, was furnished with a copy of the warrant and order to show cause along with exhibit A, was advised of the nature of the proceedings and was advised of his rights.

After discussion with the United States and for the reasons stated on the record,

**IT IS HEREBY ORDERED BOND is set in the amount of $10,000.00 unsecured without special conditions. The defendant is ordered to appear in the Southern District of Ohio** for a further proceedings hearing on **March 26, 2008 at 1:30 p.m.** before Timothy S. Hogan, United States Magistrate Judge.

This 12th day of March, 2008.

ENTERED BY ORDER OF THE COURT:
JAMES D. MOYER
UNITED STATES MAGISTRATE JUDGE
JEFFREY A. APPERSON, CLERK
BY: /s/ Kathryn D. Niemann
Kathryn D. Niemann - Deputy Clerk

Copies: U.S. Attorney
U.S. Probation
U.S. Marshal
Counsel for Defendant

0|10

## Other Orders/Judgments
3:08-mj-00059-JDM USA v. Watson

### U.S. District Court

### Western District of Kentucky

## Notice of Electronic Filing

The following transaction was entered on 3/14/2008 at 9:17 AM EDT and filed on 3/14/2008
**Case Name:** USA v. Watson
**Case Number:** 3:08-mj-59
**Filer:**
**Document Number:** 1

**Docket Text:**
**ORDER ON INITIAL APPEARANCE by Magistrate Judge James D. Moyer on 3/12/08; as to Rodney G. Watson. Dft acknowledged his identity and furnished copy of warrant, order to show cause and exhibit A. For reasons stated on the record Dft released on $10,000 unsecured Bond without special conditions. Dft to appear in the SD/OH for F/P hearing on 3/26/08 at 10:30 P.M. before USMJ Timothy S. Hogan. cc:counsel, USM, USP (SJS)**

**3:08-mj-59-1 Notice has been electronically mailed to:**

Michael A. Bennett    michael.bennett3@usdoj.gov, usakyw.ecfcriminal@usdoj.gov, usakyw.vwu@usdoj.gov, victoria.price@usdoj.gov

**3:08-mj-59-1 Notice will not be electronically mailed to.:**

Rodney G. Watson

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1036078947 [Date=3/14/2008] [FileNumber=888249-0]
[570042cf9f3a62bbe91e2c1bb49ca195f8febca5f10322f52fa6ab77c13a054765f6
1b7e5fbf08ba2717aaf359fa966cdd986d89d8262c6f20efe71eeadc7da2]]

®AO 442 (Rev. 08/07) Warrant for Arrest

FILED (SG)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
08 MAR 12 PM 2:15

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO (WESTERN DIVISION)

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| RODNEY G. WATSON | Case Number: 1:01cv0147 |

CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY
DATE: 3-14-08
BY: Smallwood
Deputy Clerk

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____RODNEY G. WATSON_____
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☑ Order of court

☐ Pretrial Release    ☐ Probation    ☐ Supervised Release    ☐ Violation Notice
Violation Petition    Violation Petition    Violation

charging him or her with (brief description of offense)
FAILURE TO APPEAR AT SHOW CAUSE HEARING
(see attached document)

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| TIMOTHY S. HOGAN | _Timothy S. Hogan_ (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. MAGISTRATE JUDGE | 10/29/2007    CINCINNATI, OHIO |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 03/12/2008 | NAME AND TITLE OF ARRESTING OFFICER Chad Evans | SIGNATURE OF ARRESTING OFFICER _Chad Evans_ |
|---|---|---|
| DATE OF ARREST 03/12/2008 | | |

(3)