United States District Court

SOUTHERN       DISTRICT OF       OHIO

United States of America

V.

**RODNEY G. WATSON**

**NOTICE**

CASE NUMBER: **1:01cv147**
**(Hogan, MJ; J. Spiegel**)

TYPE OF CASE

☐ **CIVIL**       ☒ **CRIMINAL**

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room **701**<br><br>DATE AND TIME<br>March 26, 2008 at 1:30 pm |

TYPE OF PROCEEDING

**Initial Appearance and Judgment Debtor Examination before the Honorable Timothy S. Hogan, U.S. Magistrate Judge.**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | | |
|---|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 701 | |

JAMES BONINI, CLERK
U.S. Magistrate or Clerk of Court

March 21, 2008

Date

s/Arthur Hill

(By Deputy Clerk)

To: Federal Public Defender

CC: USM
     US Probation
     US Pretrial Services
     U.S. Attorney's Office (Deborah Sanders, Nicholas Pantel, AUSA)

**NOTE: It is the responsibility of Counsel to notify their clients.**