## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **vs.**                  **: CIVIL NO: 1:01-cv-147**
                            **: MAGISTRATE JUDGE HOGAN**

**RODNEY G. WATSON,**

        **Defendant.**

### PLAINTIFF'S REQUEST TO QUASH
### NOTICE FOR JUDGMENT DEBTOR EXAMINATION

Plaintiff, United States of America, respectfully moves this Honorable Court to quash the Order for Judgment Debtor Examination filed On March 21, 2008 in the above captioned case. Defendant has provided the necessary financial information.  Therefore, it is respectfully requested that the March 21, 2008 Notice for Judgment Debtor Examination against Rodney G. Watson be quashed.

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney

        s/ Deborah F. Sanders
        DEBORAH F. SANDERS   (0043575)
        Assistant United States Attorney
        303 Marconi Blvd., Suite 200
        Columbus, Ohio 43215
        614-469-5715

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff's Request to Quash Order for

Judgment Debtor Examination was mailed this _____26th_____ day of _____March_____ 2008,

to Rodney Watson, 6788 Brooklawn Drive, Louisville, KY 40214 by first class, postage paid mail.


s/ Deborah F. Sanders_____
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney

U:\DSanders\CB\Watson - MOT to Quash.wpd