IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

vs.                          : CIVIL NO: 1:01-cv-147
                                : MAGISTRATE JUDGE HOGAN

RODNEY G. WATSON,

           Defendant.

## ORDER TO QUASH THE
## NOTICE FOR JUDGMENT DEBTOR EXAMINATION

Upon Plaintiff's Motion to Quash Order for Judgment Debtor Examination, and for good cause showing that the Defendant has provided the financial information requested,

**IT IS HEREBY ORDERED** that the March 21, 2008 Notice for Judgement Debtor Examination be quashed.

Date: 3/26/08

_____
UNITED STATES MAGISTRATE JUDGE