AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO (WESTERN DIVISION)

UNITED STATES OF AMERICA

V.

RODNEY G. WATSON

**WARRANT FOR ARREST**

Case Number: 1:01cv0147

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RODNEY G. WATSON _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)
FAILURE TO APPEAR AT SHOW CAUSE HEARING
(see attached document)

08 APR -4 PM 2:14   FILED JAMES BONINI CLERK

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

TIMOTHY S. HOGAN
Name of Issuing Officer

*Timothy S. Hogan*
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

10/29/2007   CINCINNATI, OHIO
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

W|KY - Louisville

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/12/08 | CHAD EVANS DUSM | D.Ry FOR CHAD EVANS |
| DATE OF ARREST 3/12/08 | | |